IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYAN SCOTT HOLZBAUR TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 21-1587-CFC |
| ) | |
| TESLA, INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 18th day of November, 2021, the court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 1);

IT IS ORDERED that:

1. The application is DENIED. Plaintiff, the Ryan Scott Holzbaur Trust, may not proceed *in forma pauperis* in this case because "only a natural person may qualify for treatment *in forma pauperis* under 28 U.S.C. § 1915." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 196 (1993).

2. The plaintiff shall pay the $402.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
CHIEF JUDGE, U.S. DISTRICT COURT