IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RYAN SCOTT HOLZBAUR TRUST, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 21-1587-CFC |
| TESLA, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

At Wilmington this _22nd_ day of December, 2021,

IT IS ORDERED that:

On November 18, 2021, the Court denied Plaintiff Ryan Scott Holzbaur Trust's motion for leave to proceed *in forma pauperis* application and ordered Plaintiff to pay the filing fee in full within thirty days from the date the order was sent. (D.I. 4) Plaintiff was warned that failure to comply with the order would result in dismissal of the complaint.

The time has lapsed, and Plaintiff has not paid the filing fee. Therefore, the Complaint is **dismissed** without prejudice.

_____
Chief Judge